# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WAYNE A. RANKIN, | CASE NO. C07-5558FDB-KLS |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, and the remaining record, and no objections to the report and recommendation having been filed, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the ALJ erred in his decision as described in the report;

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 2nd day of September 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1