United States District Court Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE RANKIN, | CIVIL NO. 07-5558 FDB |
| Plaintiff, | ORDER FOR EAJA FEES, COSTS AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $2,413.67 and expenses of $19.35 pursuant to 28 U.S.C. §2412. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5558 FDB KLS] - 1

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1 | DATED this 23rd day of September 2008

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5558 FDB KLS] - 2

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900