UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE RANKIN,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) CIVIL NO. 07-5558 FDB<br>)<br>)<br>) ORDER FOR ATTORNEY'S FEES<br>) PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>)<br>)<br>) |

　　　　This matter comes before the Court on Plaintiff's motion for attorneys fees pursuant to 42 U.S.C.§ 406(b),.  The Defendant has filed a response indicating the Commissioner has no objection to the motion.  The Court having considered the motion, good cause having been shown, now therefore, it is hereby

　　　　ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $7,708.95 pursuant to 42 U.S.C. § 406(b).  Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.  On receipt of this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $2,413.67, as required by statute.

DATED this 9th day of November, 2009.

<br><br>

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE